

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2019

No. 04-19-00126-CV

**J. A. G.,**
Appellant

v.

**A. G. E.,**
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLG002494-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

We grant appellee's motion for extension of time to file a brief. We order the brief due **December 4, 2019**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court